AO 94 (Rev. 06/09) Commitment to Another District

United States District Court
Southern District of Texas

**ENTERED**

October 24, 2025

Nathan Ochsner, Clerk

United States District Court
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.     **1:25-MJ-955** |
| | ) | |
| | ) | Charging District's Case No. |
| *Defendant*     **Zhi Dong Zhang** | ) | **21-CR-302 (S-2)(BMC)** |

**COMMITMENT TO ANOTHER DISTRICT**

    The defendant has been ordered to appear in the     **Eastern**     District of     **New York** ,

*(if applicable)*     **Brooklyn**     division. The defendant may need an interpreter for this language:

    **Spanish**

    The defendant is held without bond pending hearing in the charging district.

    **IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:     October 24, 2025

_____
*Judge's signature*

Ignacio Torteya III, United States Magistrate Judge